UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In re:                                                  Chapter 7

    BRITTNEY C. RIDDICK                      Bankruptcy No. 18-13690-ELF

    Debtor.

    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

State Farm Federal Credit Union has filed a Motion with the court for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) or, in the alternative, directed the Debtor, above-named, to immediately provide for adequate protection of any property subject to the interest of such creditor; for costs and disbursements of this action, and for such other further relief as to the Court may seem just and proper.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 4, 2018, you or your attorney must do all of the following:

    (a) File an objection explaining your position at:

    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia PA 19107

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

    Michael R. Lessa, Esq. ID #88617
    AMATO, KEATING AND LESSA PC
    107 North Commerce Way, Suite 100
    Bethlehem, PA 18017
    (610) 866-0400
    mlessa@amatolaw.com

2. If you or your attorney does not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting relief request in the motion.

3. A hearing on the motion is scheduled to be held before Honorable Eric L. Frank, on September 12, 2018 at 10:00 AM at United States Bankruptcy Court, 900 Market Street, Second Floor, Courtroom No. 1, Philadelphia PA 19017.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been cancelled because no one files an objection.

Dated: August 23, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In re:                                                  Chapter 7

BRITTNEY C. RIDDICK                                     Bankruptcy No. 18-13690-ELF

Debtor.

*   *   *   *   *   *   *

## CERTIFICATE OF SERVICE

I, MICHAEL R. LESSA, Esquire, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) (with attached proposed Order) on August 23, 2018 and served same as indicated below.

**Mail Service**: Regular, first-class United States mail, postage full pre-paid, addressed to:

Brittney C. Riddick                     Brittney C. Riddick
4066 Ford Road                          P.O. Box 2801
Philadelphia PA 19131                   Bala Cynwyd PA 19004

**E-Mail Service**: via CM/ECF e-mail notification to the following:

Terry P. Dershaw, Esquire (Trustee)     United States Trustee
Dershaw Law Offices                     Office of the U.S. Trustee
P.O. Box 556                            833 Chestnut Street, Suite 500
Warminster PA 18974                     Philadelphia PA 19107
Email: td@ix.netcom.com                 Email: ustpregion03.ph.ecf@usdoj.gov

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia PA 19106
Email: dmo160west@gmail.com

_____
Michael R. Lessa, Esq. ID #88617