UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In re:                                                  Chapter 7

    BRITTNEY C. RIDDICK                              Bankruptcy No. 18-13690-ELF

    Debtor.

          *    *    *    *    *    *    *

### CERTIFICATE OF NO OBJECTION

    I, Michael R. Lessa, Esquire hereby certified that we have spoken with counsel for the debtor, Attorney David M. Offen and have been told that neither he or his client plan to respond or to object to the Motion for Relief From Stay filed by State Farm Federal Credit Union in the above matter. Movant already has possession of the vehicle which was the subject of the motion which had been filed on August 23, 2018.

DATED:    September 5, 2018                        STATE FARM FEDERAL CREDIT UNION

                                                                      By Its Counsel

                                                                      _/s/ Michael R. Lessa_

                                                                      Michael R. Lessa, Esq. ID 88617
                                                                      AMATO, KEATING AND LESSA PC
                                                                      107 North Commerce Way, Suite 100
                                                                      Bethlehem, PA 18017
                                                                      (610) 866-0400
                                                                      mlessa@amatolaw.com