UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In re:                                                           Chapter 7

BRITTNEY C. RIDDICK                                   Bankruptcy No. 18-13690-ELF

   Debtor.

\* \* \* \* \* \* \*

## ORDER GRANTING RELIEF FROM AUTOMOATIC STAY
## PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, State Farm Federal Credit Union, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, of the granting of adequate protection herein,

it is hereby **ORDERED**, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be and the same hereby is, **MODIFIED** to permit State Farm Federal Union to exercise its in rem rights under the loan documents related to one (1) 2012 RX350 Lexus (V.I.N. 2T2BK1BA0CC151845); and it is further

ORDERED, that State Farm Federal Credit Union shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

**Order entered by default.**

Date: 9/12/18

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**