United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-13690-elf
Brittney C Riddick                                                  Chapter 7
Rashawn M Riddick
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 3            Date Rcvd: Sep 14, 2018
                              Form ID: 318             Total Noticed: 51
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db            +Brittney C Riddick,    4066 Ford Road,    Philadelphia, PA 19131-1605
db            +Brittney C. Riddick,    MAILING ADDRESS:,    PO Box 2801,    Bala Cynwyd, PA 19004-6801
jdb           +Rashawn M Riddick,    4066 Ford Road,    Philadelphia, PA 19131-1605
jdb           +Rashawn M. Riddick,    MAILING ADDRESS:,    PO Box 2801,    Bala Cynwyd, PA 19004-6801
14116954      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14116957      +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
14116960      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
14116961       Community Surgical Supply,    P.O. Box 4686,    Toms River, NJ 08754-4686
14116968      +Doctor Helene Koch,    25 Bala Avenue, Ste 205,    Bala Cynwyd, PA 19004-3215
14116970      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14116976       Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14116977      +Freedom Mortgage Corp,    Attn: Bankruptcy,    Po Box 489,    Mt Laurel, NJ 08054-0489
14116979      +Lasalle University,    1900 W. Olney Avenue,    Philadelphia, PA 19141-1199
14116980      +Main Line Health Imaging,    P.O. 678943,    Dallas, TX 75267-8943
14116981       Main Line HealthCare,    PO Box 8500-4600,    Philadelphia, PA 19178-4600
14116982       Main Line HealthCare Behavioral Health,    PO Box 8500-52198,    Philadelphia, PA 19178-4600
14116989       Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
14116996      +Progressive Auto Insurance,    PO Box 7247-0112,    Philadelphia, PA 19170-0001
14117000      +Pure Cure Medical Inc.,    17-19 E. Butler Pike,    Ambler, PA 19002-4513
14117002       Quantum3 Group LLC,    PO Box 657,    Kirkland, WA 98083-0657
14117003      +State Farm FCU,    Attn: Bankruptcy,    Po Box 853944,    Richardson, TX 75085-3944
14117006       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14117010       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                Saint Louis, MO 63166-0108
14117011       University of Pennsylvania Health System,    Tuition Assistance Program,    P.O. Box 550,
                Troy, MI 48099-0550
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             EDI: BTPDERSHAW.COM Sep 15 2018 06:38:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:59:07      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:58:01
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:26      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14116953      +EDI: CINGMIDLAND.COM Sep 15 2018 06:38:00      AT&T,    P.O. Box 537104,    Atlanta, GA 30353-7104
14116952      +E-mail/Text: seinhorn@ars-llc.biz Sep 15 2018 02:59:18      Ability Recovery Service,
                Attn: Bankruptcy,    Po Box 4262,    Scranton, PA 18505-6262
14116955       E-mail/Text: cms-bk@cms-collect.com Sep 15 2018 02:57:17      Capital Management Services, LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14116956      +E-mail/Text: bankruptcy@cavps.com Sep 15 2018 02:58:22      Cavalry SPV I, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
14116958      +EDI: CHASE.COM Sep 15 2018 06:38:00      Chase Card Services,    Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
14116963      +EDI: RCSFNBMARIN.COM Sep 15 2018 06:38:00      Credit One Bank,    Attn: Bankruptcy,
                Po Box 98873,    Las Vegas, NV 89193-8873
14116962      +EDI: RCSFNBMARIN.COM Sep 15 2018 06:38:00      Credit One Bank,    Po Box 98875,
                Las Vegas, NV 89193-8875
14116964       EDI: DIRECTV.COM Sep 15 2018 06:38:00      DirecTV,    P.O. Box 6550,    Englewood, CO 80155
14116965      +EDI: DISCOVER.COM Sep 15 2018 06:38:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14116967      +EDI: DISCOVERSL.COM Sep 15 2018 06:38:00      Discover Student Loans,    Attn: Bankruptcy,
                Po Box 30948,    Salt Lake City, UT 84130-0948
14116969      +EDI: TSYS2.COM Sep 15 2018 06:38:00      Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
                Mason, OH 45040-8053
14116978      +EDI: HY11.COM Sep 15 2018 06:38:00      Hyundai Motor Finance,    Attn: Bankruptcy,
                Po Box 20809,    Fountain Valley, CA 92728-0809
14116983      +EDI: MID8.COM Sep 15 2018 06:38:00      Midland Credit Management, Inc.,    Po Box 2036,
                Warren, MI 48090-2036
14116984      +EDI: MID8.COM Sep 15 2018 06:38:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14116988      +E-mail/Text: bnc@nordstrom.com Sep 15 2018 02:57:11      Nordstrom FSB,
                Attn: Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
14116991       EDI: PRA.COM Sep 15 2018 06:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541
14117916      +EDI: PRA.COM Sep 15 2018 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
```

```
District/off: 0313-2          User: admin               Page 2 of 3                   Date Rcvd: Sep 14, 2018
                              Form ID: 318              Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14116997       +E-mail/Text: bankruptcynotices@psecu.com Sep 15 2018 02:59:15      PSECU,    PO BOX 67013,
                 Harrisburg, PA 17106-7013
14116990       +E-mail/Text: bankruptcy@philapark.org Sep 15 2018 02:59:21      Philadelphia Parking Authority,
                 PO Box 41818,    Philadelphia, PA 19101-1818
14117001        EDI: Q3G.COM Sep 15 2018 06:38:00      Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14117005       +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:58:14      T.D. Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
14117007        EDI: TDBANKNORTH.COM Sep 15 2018 06:38:00      TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,    Lewiston, ME 04243
14117008        EDI: TFSR.COM Sep 15 2018 06:38:00      Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52409
                                                                                               TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14116959*      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14116966*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14116971*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14116972*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14116973*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14116974*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14116975*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14116985*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
14116986*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
14116987*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
14116992*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
14116993*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
14116994*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
14116995*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
14116998*      +PSECU,    PO BOX 67013,    Harrisburg, PA 17106-7013
14116999*      +PSECU,    PO BOX 67013,    Harrisburg, PA 17106-7013
14117004*      +State Farm FCU,    Attn: Bankruptcy,    Po Box 853944,    Richardson, TX 75085-3944
14117009*     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52409)
                                                                                 TOTALS: 0, * 18, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Brittney C Riddick dmo160west@gmail.com,
            davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Joint Debtor Rashawn M Riddick dmo160west@gmail.com,
            davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Joint Debtor Rashawn M. Riddick dmo160west@gmail.com,
            davidoffenecf@gmail.com
```

```
District/off: 0313-2          User: admin                Page 3 of 3               Date Rcvd: Sep 14, 2018
                              Form ID: 318               Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        DAVID M. OFFEN   on behalf of Debtor Brittney C. Riddick dmo160west@gmail.com, davidoffenecf@gmail.com
        KEVIN G. MCDONALD   on behalf of Creditor   Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
        MICHAEL R. LESSA   on behalf of Creditor   State Farm Federal Credit Union mlessa@amatolaw.com, michele2@amatolaw.com,acatino@amatolaw.com
        TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 8

Case 18-13690-elf    Doc 21    Filed 09/16/18    Entered 09/17/18 01:02:53    Desc Imaged
Certificate of Notice    Page 3 of 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brittney C Riddick** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–0897** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Rashawn M Riddick** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–7181** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **18–13690–elf** | | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brittney C Riddick                                   Rashawn M Riddick
 aka Brittney C Nichols, aka Brittney C
Nichols–Riddick

9/13/18                                             **By the court:**  Eric L. Frank
                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**