United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brittney C Riddick
Rashawn M Riddick
      Debtors

Case No. 18-13690-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Sep 14, 2018
                               Form ID: pdf900       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db          +Brittney C Riddick,    4066 Ford Road,    Philadelphia, PA 19131-1605
db          +Brittney C. Riddick,    MAILING ADDRESS:,    PO Box 2801,    Bala Cynwyd, PA 19004-6801
jdb         +Rashawn M Riddick,    4066 Ford Road,    Philadelphia, PA 19131-1605
jdb         +Rashawn M. Riddick,    MAILING ADDRESS:,    PO Box 2801,    Bala Cynwyd, PA 19004-6801
cr         ++STATE FARM FEDERAL CREDIT UNION,    COLLECTIONS DEPARTMENT,    PO BOX 853944,
              RICHARDSON TX 75085-3944
             (address filed with court:   State Farm Federal Credit Union,    One State Farm Plaza,
              Bloomington, IL  61710)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:45     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:40
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 03:00:42     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Brittney C Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rashawn M Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rashawn M. Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Brittney C. Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
              MICHAEL R. LESSA    on behalf of Creditor    State Farm Federal Credit Union mlessa@amatolaw.com,
               michele2@amatolaw.com,acatino@amatolaw.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In re:                                              Chapter 7

    BRITTNEY C. RIDDICK                      Bankruptcy No. 18-13690-ELF

    Debtor.

\*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING RELIEF FROM AUTOMOATIC STAY
### PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, State Farm Federal Credit Union, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, of the granting of adequate protection herein,

it is hereby **ORDERED**, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be and the same hereby is, **MODIFIED** to permit State Farm Federal Union to exercise its in rem rights under the loan documents related to one (1) 2012 RX350 Lexus (V.I.N. 2T2BK1BA0CC151845); and it is further

ORDERED, that State Farm Federal Credit Union shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

**Order entered by default.**

Date: 9/12/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**