United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 18-13690-elf
Brittney C Riddick                                               Chapter 7
Rashawn M Riddick
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 1         Date Rcvd: Sep 17, 2018
                              Form ID: 195               Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.
```
db             +Brittney C Riddick,    4066 Ford Road,   Philadelphia, PA 19131-1605
db             +Brittney C. Riddick,   MAILING ADDRESS:,    PO Box 2801,    Bala Cynwyd, PA 19004-6801
jdb            +Rashawn M Riddick,    4066 Ford Road,   Philadelphia, PA 19131-1605
jdb            +Rashawn M. Riddick,   MAILING ADDRESS:,    PO Box 2801,    Bala Cynwyd, PA 19004-6801
cr            ++STATE FARM FEDERAL CREDIT UNION,    COLLECTIONS DEPARTMENT,    PO BOX 853944,
                 RICHARDSON TX 75085-3944
               (address filed with court:   State Farm Federal Credit Union,    One State Farm Plaza,
                 Bloomington, IL  61710)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:38:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Joint Debtor Rashawn M. Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Brittney C. Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Brittney C Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rashawn M Riddick dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
              MICHAEL R. LESSA    on behalf of Creditor    State Farm Federal Credit Union mlessa@amatolaw.com,
               michele2@amatolaw.com,acatino@amatolaw.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Brittney C Riddick and Rashawn M Riddick            : Case No. 18–13690–elf

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 17, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

23
Form 195